**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Jaime REYES–FIERRO, Defendant–Appellant**

No. 16-50057
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/12/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee

Jaime Reyes–Fierro, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges

PER CURIAM: *

The attorney appointed to represent Jaime Reyes–Fierro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyes–Fierro has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.